STEVEN G. JONES (WSBA No. 19334)
Marten Law PLLC
1191 Second Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 292-2600
Facsimile: (206) 292-2601
E-mail: sjones@martenlaw.com

GREGORY EVANS (California SBN 147623)
JAMES G WARREN (California SBN 231788)
Integer Law Corporation
*Pro Hac Vice*
811 West Seventh Street
Twelfth Floor
Los Angeles, California 90017
Telephone: (213) 627-2268
Facsimile:  (213) 627-2579
E-mail: gevans@integerlegal.com

Attorneys for ASARCO LLC

HONORABLE LONNY R. SUKO

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE**

| | |
|---|---|
| ASARCO LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>HECLA LIMITED, et al.,<br><br>                    Defendants. | NO.  CV-12-0381-LRS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT HECLA LIMITED WITH PREJUDICE** |

CASE NO. 2:2012-CV-00381-LRS
ORDER GRANTING PLAINTIFF'S MOTION
TO DISMISS DEFENDANT HECLA LIMITED WITH PREJUDICE

# ORDER

This matter came before the Court on the Motion of Plaintiff Asarco LLC to Dismiss Defendant Hecla Limited With Prejudice from this action. Having considered the Motion and the arguments in support thereof, it is hereby ORDERED that the motion, ECF No. 48, is **GRANTED** and Plaintiff Asarco LLC's claims against Defendant Hecla Limited are dismissed with prejudice.

DATED this 23rd day of January, 2013.

*s/Lonny R. Suko*
_____
Lonny R. Suko
United States District Court Judge

Presented by:

*s/ Steven G. Jones*_____
Steven G. Jones (WSBA No. 19334)
Marten Law PLLC
1191 Second Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 292-2600
Facsimile: (206) 292-2601
E-mail: sjones@martenlaw.com

Gregory Evans (California SBN 147623)
James G. Warren (California SBN 231788)
Integer Law Corporation
Pro Hac Vice
811 West Seventh Street, Twelfth Floor
Los Angeles, California 90017
Telephone: (213) 627-2268
Facsimile: (213) 627-2579
E-mail: gevans@integerlegal.com

**Attorneys for Plaintiff Asarco LLC**

CASE NO. 2:2012-CV-00381-LRS
ORDER GRANTING MOTION
TO DISMISS DEFENDANT HECLA WITH PREJUDICE – Page 1