RAYMOND B. LUDWISZEWSKI
*(admitted pro hac vice)*
KARYN B. MARSH
*(admitted pro hac vice)*
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Facsimile:   (213) 229-7520

JAMES M. DANIELSON, WSBA 01629
Jeffers, Danielson, Sonn & Aylward, P.S.
2600 Chester Kimm Road
Wenatchee, WA  98801
Telephone:  (509) 662-3685
Facsimile:   (509) 662-2452

Attorneys for Defendant
CALLAHAN MINING CORPORATION

THE HONORABLE LONNY R. SUKO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASARCO LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>vs.<br><br>HECLA MINING COMPANY; WILLOW CREEK MINERALS LLC; EQUINOX RESOURCES (WASH.), INC.; WASHINGTON RESOURCES LLC (a/k/a ATLAS MINE AND MILL SUPPLY, a/k/a SUMERIAN MINING CO. OF SPOKANE, a/k/a WASHINGTON RESOURCES, INC.); and CALLAHAN MINING CORP.,<br><br>       Defendants. | NO. 2:12-CV-00381-LRS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFF ASARCO LLC'S CLAIMS AGAINST DEFENDANT CALLAHAN MINING CORP. WITH PREJUDICE** |

**ORDER ON JOINT MOTION TO DISMISS**
Page 1
2-12-cv-00381-LRS - TEXT OF PROPOSED ORDER TO DISMISS (re Doc 150)

|   |   |
|---|---|
| CALLAHAN MINING CORP., | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| U.S. BORAX, INC., a Utah corporation; and HILLSBOROUGH RESOURCES LIMITED, a foreign corporation, | ) |
| Third-Party Defendants. | ) |

# ORDER

This matter came before the Court on the Joint Motion for Dismissal of Plaintiff Asarco LLC's Amended Complaint with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (ECF. No 150). Having considered the Joint Motion, the motion, ECF No. 150, is GRANTED and it is hereby ORDERED that:

1. Plaintiff Asarco LLC's claims against Defendant Callahan Mining Corporation (ECF. No. 10) are dismissed with prejudice; and

2. The stay of litigation between Defendant Callahan Mining Corporation and Third Party Defendants Hillsborough Resources Limited and U.S. Borax, Inc. (ECF. No. 87) shall remain in effect to allow the parties to continue ongoing settlement negotiations. Callahan Mining Corporation and Third

**ORDER ON JOINT MOTION TO DISMISS**
Page 2
2-12-cv-00381-LRS - TEXT OF PROPOSED ORDER TO DISMISS (re Doc 150)

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

Party Defendants shall file a joint status report with the Court by December 17, 2014.

Dated this 21st day of November, 2014.

*s/Lonny R. Suko*
_____
Lonny R. Suko
Senior U. S. District Court Judge

**ORDER ON JOINT MOTION TO DISMISS**
Page 3
2-12-cv-00381-LRS - TEXT OF PROPOSED ORDER TO DISMISS (re Doc 150)

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX