| | | |
|---|---|---|
| 1 | RAYMOND B. LUDWISZEWSKI | THE HONORABLE LONNY R. SUKO |
| 2 | *(admitted pro hac vice)* | |
|   | KARYN B. MARSH | |
| 3 | *(admitted pro hac vice)* | |
|   | Gibson, Dunn & Crutcher LLP | |
| 4 | 333 South Grand Avenue | |
|   | Los Angeles, CA  90071-3197 | |
| 5 | Telephone:  (213) 229-7000 | |
|   | Facsimile:   (213) 229-7520 | |
| 6 | | |
|   | JAMES M. DANIELSON, WSBA 01629 | |
| 7 | Jeffers, Danielson, Sonn & Aylward, P.S. | |
|   | 2600 Chester Kimm Road | |
| 8 | Wenatchee, WA  98801 | |
|   | Telephone:  (509) 662-3685 | |
| 9 | Facsimile:   (509) 662-2452 | |

Attorneys for Defendant
CALLAHAN MINING CORPORATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASARCO LLC, a Delaware limited liability company, | NO. 2:12-CV-00381-LRS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF THIRD-PARTY PLAINTIFF CALLAHAN MINING CORPORATION'S THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT U.S. BORAX, INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |
| vs. | |
| HECLA MINING COMPANY; WILLOW CREEK MINERALS LLC; EQUINOX RESOURCES (WASH.), INC.; WASHINGTON RESOURCES LLC (a/k/a ATLAS MINE AND MILL SUPPLY, a/k/a SUMERIAN MINING CO. OF SPOKANE, a/k/a WASHINGTON RESOURCES, INC.); and CALLAHAN MINING CORP., | |
| Defendants. | |

**ORDER ON JOINT MOTION FOR DISMISSAL**
Page 1
Callahan - PPO

| | |
|---|---|
| CALLAHAN MINING CORP., | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| U.S. BORAX, INC., a Utah corporation; and HILLSBOROUGH RESOURCES LIMITED, a foreign corporation, | ) |
| Third-Party Defendants. | ) |

# ORDER

This matter came before the Court on the Joint Motion for Dismissal of Third-Party Plaintiff Callahan Mining Corporation's Third-Party Complaint against Third-Party Defendant U.S. Borax, Inc. with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (ECF No 173).  Having considered the Joint Motion, the motion is GRANTED and it is hereby ORDERED that Third-Party Plaintiff Callahan Mining Corporation's claims against Third-Party Defendant U.S. Borax, Inc. (Dkt. No. 55) are dismissed with prejudice.  The caption shall be heretofore modified to reflect said dismissal.

Dated this 19th day of May, 2015.

*s/Lonny R. Suko*
_____
Lonny R. Suko
Senior United States District Court Judge

**ORDER ON JOINT MOTION FOR DISMISSAL**
Page 2
Callahan - PPO

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX