# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Asarco, LLC <br> *Plaintiff* <br> v. <br> Hecla Mining Company, et al. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:12-cv-00381-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to the Stipulation with Washington Resources (ECF No. 189) and the Notice of Voluntary Dismissal (ECF No. 190), the Clerk of the Court shall enter a judgment of dismissal of the Complaint and the remaining claims therein against Washington Resources, Willow Creek Minerals, LLC, and Equinox Resources, Inc. with prejudice and without costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Lonny R. Suko   on a Stipulation for Dismissal of Washington Resources, LLC and Plaintiff Asarco LLC's Notice of Voluntary Dismissal with Prejudice.

Date:  02/11/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates