UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASARCO, LLC,<br><br>        Plaintiff,<br><br>Vs.<br><br>WILLOW CREEK MINERALS, LLC, EQUINOX RESOURCES, INC, AND WASHINGTON RESOURCES, LLC,<br><br>        Defendants. | No. 2:12-CV-0381-LRS<br><br>**ORDER LIFTING STAY; DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE REGARDING CALLAHAN MINING'S THIRD PARTY COMPLAINT AGAINST HILLSBOROUGH RESOURCES AND CLOSING THE FILE** |
| CALLAHAN MINING CORP.,<br>   Third Party Plaintiff,<br><br>vs.<br><br>HILLSBOROUGH RESOURCES LIMITED, a foreign corporation,<br>   Third Party Defendant. | |

**IT IS HEREBY ORDERED:**

   1. The previously imposed **STAY** of Callahan Mining Corporation's Third Party claims against Hillsborough Resources (ECF No. 185) is **LIFTED**.

   2. The Joint Motion to Dismiss of Callahan Mining and Hillsborough Resources Limited (**ECF No. 193**) is **GRANTED**.

ORDER - 1

3. The Clerk of the Court shall enter judgment of dismissal of the Third Party Complaint and the remaining claims therein against Hillsborough Resources, Limited with prejudice and without costs or fees to any party.

The Clerk shall enter this Order and Judgment, forward copies to counsel and as no claims remain, **CLOSE THE FILE**.

DATED this     22nd     day of February, 2016.

*s/Lonny R. Suko*
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE