# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ASARCO, LLC <br> *Plaintiff* <br> v. <br> WILLOW CREEK MINERALS, LLC, EQUINOX RESOURCES, INC, AND WASHINGTON RESOURCES, LLC <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:12-cv-00381-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment of dismissal of the Third Party Complaint and the remaining claims therin against Hillsborough Resources, Limited with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko on a Joint Motion for Dismissal of Callahan Mining and Hillsborough Resources Limited (ECF No. 193)

Date: 02/22/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates